# Judge Hellerstein

PROSKAUER ROSE LLP
Russell L. Hirschhorn
Kevin J. Pflug
1585 Broadway
New York, New York 10036-8299
P: 212.969.3286
F: 212.969.2900
*Attorneys for Plaintiff*



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| BOARD OF TRUSTEES OF THE UFCW LOCAL 174 PENSION FUND, | Civil Case No.: _____ |
| Plaintiff, | **RULE 7.1 DISCLOSURE STATEMENT** |
| v. | |
| PLAUT & STERN, INC., | **ECF CASE** |
| Defendant. | |

---

    1.    This Disclosure Statement is prepared in compliance with Rule 7.1 of the Federal Rules of Civil Procedure.

    2.    Plaintiff Board of Trustees of the UFCW Local 174 Pension Fund has no corporate parents, subsidiaries, or affiliates.

Dated: New York, New York
      June 9, 2008

                        PROSKAUER ROSE LLP
                        Attorneys for Plaintiff

                        By: _____
                        Russell L. Hirschhorn
                        Kevin J. Pflug
                        1585 Broadway
                        New York, New York 10036
                        (212) 969-3000

                        rhirschhorn@proskauer.com
                        kpflug@proskauer.com