# AFFIDAVIT OF SERVICE

R.D. WELLS SERVICES

Index # *08 Civ 5303 (AKH)*

STATE OF NEW YORK    UNITED STATES DISTRICT Court,    SOUTHERN DISTRICT OF NEW YORK

*BOARD OF TRUSTEES OF THE UFCW LOCAL 174 PENSION FUND,*

Plantiff

against

Defendant

*PLAUT & STERN, INC.,*

STATE OF NEW YORK
County of: *ALBANY*

<u>Robert Wells</u>, being duly sworn, deposes and says that he/she is over the age of eighteen(18) years; that on: <u>8/8/2008</u> at the office of the Secretary of State, of the State of New York in the City of Albany, New York, he/she served the annexed *Notice of Court Conference* on <u>*PLAUT & STERN, INC.*</u>

Defendant in this action, by delivering to and leaving with <u>*Chad Mattice*</u> an authorized agent in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, two (2) true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of <u>*$40.00*</u> Dollars. That said service was made pursuant to Section <u>*306*</u>, Business Corporation Law.

Deponent further says that he/she knew the person so served as aforesaid to be an authorized agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Deponent further states that he/she describes the person actually served as follows:

Sex:   Skin Color:   Hair Color: Age (Approx.)   Height (Approx.) Weight (Approx.)

*Male   White      Black      30        6'1        240*

Other Identifying Features:

_____
Robert Wells

Sworn to before me, this

14 day of Aug, 20 08

_____
Notary Public-Commissioner of Deeds

DEBRA HACKSTADT
Notary Public, State of New York
No. 5004896
Qualified in Albany County
Commission Expires November 30, 10

R. D. WELLS SERVICES
P.O. BOX 3931
ALBANY, NY 12203